UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN LUKES,

                      Plaintiff,

- against -

MARTHA LEVENTHAL, ESQ., LEGAL
AID SOCIETY OF NASSAU COUNTY,
JOHN DOE, Legal Aid Supervisor,

                      Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV-12-3707 (SJF)(AKT)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 23 2012   ★

LO!..

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on October 11, 2012, *sua sponte* dismissing plaintiff's complaint in its entirety with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), debying plaintiff's application for appointment of pro bono counsel as moot, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's complaint is *sua sponte* dismissed in its entirety with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); that plaintiff's application for appointment of *pro bono* counsel is denied as moot; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       October 23, 2012

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                     By:   /s/ Catherine Vukovich
                           Deputy Clerk